**TruthLabs** 🫠 ✅ @BoringSleuth · 5/31/24

I'd like to point out a few things about this tweet:

I never once stated that @stevennerayoff tried to assassinate me, nor was that my intention.

**Steven** never once asked me to remove the tweet, nor did he explain how it was wrong.

>  **TruthLabs** 🫠 ✅ @BoringSl… · 5/29/24
>
> 🚨 Two days after I tweeted the below Tweet about Peter Pablo, an assassination attempt on me took place while running in a Marathon. I only told one person, @StevenNerayoff, that I would be running in that Marathon.
>
> This is something I documented, as I did with all of our… x.com/BoringSleuth/s… Show more
>
> 

🔁 TruthLabs 🕵️ reposted

 **TruthLabs** 🕵️ ✅ @BoringSleuth · 6/10/24

When I say something, I mean something.

Proof that my Infiltrator, Stevie, was connected to the corrupt Mt. Gox Agents Wallets, as well as Smart Contracts Japan, and the earliest Fake Phishing wallets on Ethereum. This is just a tease though, Alice, as there is oh so much more Show more



> 🕵️ **TruthLabs** 🕵️ ✅ @BoringSle... · 6/7/24
>
> What if I told you, that Stevie's 10K $ETH he got from StormX's "loan" or previously accused "extortion" are sent to one of the owners below, tied directly to this DARK MONEY trail? It's true. x.com/BoringSleut...

💬 10   🔁 58   ♥ 208   📊 10K

 **TruthLabs** 🕵️ ✅ @BoringSleuth · 6/10/24

When I say something, I mean something.

Proof that my Infiltrator, Stevie, was connected to the corrupt Mt. Gox Agents Wallets, as well




**TruthLabs** 🕵️ ✔ @BoringSleuth · 6/13/24

🚨 **When looking into the 10K $ETH extortion wallet, in which the @FBI accused @StevenNerayoff of extorting StormX, I noticed something that stood out to me:**

Steven sent exactly 1,773.76 $ETH to one wallet. Why did this stand out? Having been very deep into blockchain  Show more



🕵️ **TruthLabs** 🕵️ ✔ @BoringSle... · 5/2/24

What if, the take down of American Agencies was a "premeditated, pre-"plant" plan" (PPPP 😉) by the Globalist agenda? In which case, we are seeing it play out in front of our eyes, in the nam... Show more

💬 15    🔁 79    ♥ 236    📊 23K

**TruthLabs** 🫡 ✓
@BoringSleuth

Anyone heard from Steven or have they written off his Psyop as a one of the greatest fk ups of all time??

2:12 AM · 6/17/24 From Earth · **7.5K** Views

**16** Reposts **1** Quote **128** Likes **3** Bookmarks

**Priya** @shapri01 · 6d
Just praying they didn't get rid of him for exlosing too much 🙏

2   　   　   469

**TruthLabs** 🫡 ✓ @BoringSleuth · 6d
Steven is a coward and inhumane fraud. He's like a human version of a vulture. He literally exposed nothing true

3   1   17   463

Show replies

6:58

← **Post**

**TruthLabs** 🫵 ✓
@BoringSleuth

Let the Steven Nerayoff @stevennereayoff infiltration show to you that no matter what, the narrative, and storytelling is something they will always attempt to control, thru their own people. They will do anything they can to control the narrative, and they don't stop at just infiltration on a Social Media account... But sticking to social media, and Steven, it revealed to all that they must control the narrative.

When I see influencers like C0ffeezilla and ZachXBT, I assume, based on experience, and level of REVELATIONS from my end, that their platforms exist because of what they won't touch, and what they will.

If I were running an intelligence Agency, or a corrupt agency, I would want my Agents to be the GO TO voice for all things. From Promoting what I want them to promote, and to report on what I need them to report on. I'd make sure their accounts received all the best tools, bots, reach, and Podcast and Digital News as possible. My AI agents would live to promote them. It

Post your reply

entire goal would be to CONTROL THE NARRATIVE; TOO MUCH IS AT RISK IF ALL IS REVEALED.

At best, if you aren't in their Circle, you will be "handled", like I was, to speak only on what and where you are pushed to Speak. This was obvious for us, as the handlers tell you what to focus on, and only support you with their network and tools when your focus is in those area's. I found that they push you away from the complete Truth, and in my case, place all blame in area's that weren't where it should necesarily be placed. I'd like to think this is how Madoff's took the blame, while everyone else faced no consequences, and in turn (like Novogratz) continued to play their same roles..

They build your platform by giving you access to these networks: Spaces, Interviews, Articles, and they bot your X account. Speak what they want you to speak, and get Platformed. Get articles written about your research that they find convenient by sites like @bitcoinist, @Cointelegraph, @protos. Get promoted by X platforms like @digitalassetbuy & @JamesOKeefeIII. Step out of bounds, and they will use some of that engagement and promotions to essentially silence or "shad0w

you to speak, and get Platformed. Get articles written about your research that they find convenient by sites like @bitcoinist, @Cointelegraph, @protos. Get promoted by X platforms like @digitalassetbuy & @JamesOKeefeIII. Step out of bounds, and they will use some of that engagement and promotions to essentially silence or "shad0w ban" you. When you speak about something they don't like, they begin to remove the botted followers they never told you they gave you, but you learn to see thru obseration. They remove them right when you make posts that they don't like, which in turn silences what you just released, as it tells the algorithm that people DON'T LIKE IT, and therefore, it shouldn't suggest others to see it. Your reach falls massively. This is how their game works.

We need to build solutions that exist outside of This Deep State Network, if we want Truth, and Good, to exist. This is where innovation is needed.

The infiltration of Steven was an important look for everyone to see how EXACTLY how they do what they do.

The new version of Steven might just be Ryan

We need to build solutions that exist outside of This Deep State Network, if we want Truth, and Good, to exist. This is where innovation is needed.

The infiltration of Steven was an important look for everyone to see how EXACTLY how they do what they do.

The new version of Steven might just be Ryan Selkis; time will tell, but I'm definitely seeing signs of it. Some of the dirtiest VC's who became entangled with Dark Market Money, were VC's who worked first at Messari, and I'm seeing the same network Steven had, promote Selkis. Hopefully Selkis reveals all truths, and not just controlled truths, because those truths are corrupt in nature.

#choosecurious #choosetruth

🫵

7:01 PM · 6/22/24 From Earth · 14K Views

52 Reposts  7 Quotes  204 Likes  25 Bookmarks

🕵️ **TruthLabs** 🫡 ✅   @BoringSleuth · 5/29/24

🚨 Two days after I tweeted the below Tweet about Peter Pablo, an assassination attempt on me took place while running in a Marathon.  I only told one person, @StevenNerayoff, that I would be running in that Marathon.

This is something I documented, as I did with all of our… x.com/BoringSleuth/s… Show more



Post

TruthLabs 🫡 ✓
@BoringSleuth

the blockchain evidence with Steven and StormX certainly doesn't match the FBI and Steven's story, including Hlady.

12:39 AM · 5/29/24 From Earth · **31** Views

**2** Likes

**TruthLabs** 🤫 ✓  @BoringSleuth · 5/30/24

Know this: **Steven** didn't infiltrate me because of what I know about the SEC, or Bill Hinman, or any of the XRP version of #ethgate. He infiltrated me because of a much bigger, much darker, truth that exists. Bigger by orders of magnitude.

> 🤫 **TruthLabs** 🤫 ✓  @BoringSl... · 5/29/24
>
> 🚨 Two days after I tweeted the below Tweet about Peter Pablo, an assassination attempt on me took place while running in a Marathon. I only told one person, @StevenNerayoff, that I would be running in that Marathon.
>
> This is something I documented, as I did with all of our... x.com/BoringSleuth/s... Show more



💬 32   🔁 94   ♡ 347   📊 21K